IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV68
(1:03CR4)

| | |
|---|---|
| DANNY CARLTON GRIPPER, ) ) Petitioner, ) ) Vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Petitioner's motion for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.

The Petitioner is currently incarcerated at the Federal Correctional Institution at Terre Haute, Indiana. Petitions for writs of *habeas corpus* must be filed in the district of confinement. **Rumsfeld v. Padilla, 542 U.S. 426 (2004);** *United States v. Little*, **392 F.3d 671 (4th Cir. 2004).** Therefore, the undersigned may not entertain this petition.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**.

2

Signed: February 28, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge