IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:03CR4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| DANNY CARLTON GRIPPER | ) | |

**THIS MATTER** is before the Court on the Defendant's "motion to strike and dismiss Court's order denying relief pursuant to 61 AmJur2d § 489."

On review of the motion, the Court finds it is totally without merit and is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to strike and dismiss is hereby **DENIED**.

Signed: November 1, 2006

Lacy H. Thornburg
United States District Judge