# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

**CIVIL NO. 1:06CV85**
**(1:03CR4)**

| | |
|---|---|
| DANNY CARLTON GRIPPER, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Respondent's second motion for an enlargement of time within which to file its responsive pleading to Petitioner's Motion under 28 U.S.C. § 2255.

Although the Court will allow the motion for the reasons stated, this will be the last extension of time granted for the Respondent.

**IT IS, THEREFORE, ORDERED** that the Respondent's motion is **ALLOWED**, and the time for filing response to the Petitioner's motion to vacate is hereby extended to and including October 25, 2007.

Signed: October 5, 2007

Lacy H. Thornburg
United States District Judge